**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6422**

RICKY BUTLER,

Plaintiff - Appellant,

v.

SUPERINTENDENT EDWARD HULL, a/k/a Superintendent Ted Hull; NURSE HRYN; ASSISTANT SUPERINTENDENT PHYLLIS BACK, a/k/a Deputy Superintendent Back, a/k/a Major Back; CORRECTIONAL OFFICER LAW, JR.; CORRECTIONAL OFFICER LAW, SR.; CORRECTIONAL OFFICER BUNTIN; CORRECTIONAL OFFICER WILLIAMS; NURSE VAUGHAN; SERGEANT TYLER TAYLOR, a/k/a Sergeant Taylor; CHIEF OF SECURITY DARYL TURNER, a/k/a Captain Daryl Turner, a/k/a Captain Turner; DR. JAMES DUDLEY, Medical Director at Northern Neck Regional Jail and Physician at Riverside Tappahannock Hospital; LIEUTENANT J. NEWSOME, a/k/a Lieutenant Newsome; LIEUTENANT ELEAZAR LUNA, a/k/a Lieutenant Luna; AMY DAMERON, a/k/a Medical Director Amy Dameron, Inmate Services Director; JAMES BARNES, a/k/a EMT Barnes, Emergency Medical Technician/Assistant Medical Director; EMERGENCY MEDICAL TECHNICIAN JETER, a/k/a EMT Jeter; EMERGENCY MEDICAL TECHNICIAN SHELTON, a/k/a EMT Shelton; KEITH JOHNSON, a/k/a Counselor Johnson, Mental Health Counselor; CORRECTIONAL OFFICER HARRIS; OFFICER IAN HOUCHIN, a/k/a Correctional Officer Houchin; OFFICER ANTHONY T. GRAY, a/k/a Correctional Officer Gray; SERGEANT ENGLISH; OFFICER ALEX WILLIAMS; OFFICER DORIAN GARNER; OFFICER CHASITY JONES, a/k/a Chasity Taylor; OFFICER DIVINE VENEY; OFFICER ASHLEY VENEY; OFFICER BERNARD NELSON; LIEUTENANT BURRELL; OFFICER JOHNTIEUS BALL; OFFICER R. RAY; OFFICER R. WALKER; OFFICER C. THOMAS; OFFICER SMITH; OFFICER GIBSON; OFFICER JOHNATHAN DAVIS; OFFICER MALCOLM PARKER; OFFICER WESTON SHROPSHIRE; OFFICER BRYAN TINDER; OFFICER SIGIFREDO A. LUNA; OFFICER E. FREDERICK; OFFICER E. HALL; OFFICER DANIEL BROWN; OFFICER ESAW LEE; OFFICER J. VIARS; OFFICER RICHARD ROSE; OFFICER ANTHONY DARBY; OFFICER CONNOR JERNIGAN; OFFICER MELINDA BEST; OFFICER J. DEGAETANI;

SERGEANT W. CHATHAM; SERGEANT M. MOORE; SERGEANT R. KNIGHT; SERGEANT SAMUEL BRINKLEY; LIEUTENANT CURTIS BURTON; DR. JEFFREY M. HASKINS, Urologist at Riverside Tappahannock Hospital; RIVERSIDE TAPPAHANNOCK HOSPITAL; RIVERSIDE HEALTH SYSTEM, as parent company at Riverside Tappahannock Hospital; DR. EMMETH A. DANIEL, Riverside Tappahannock Hospital Doctor,

Defendants - Appellees,

and

NORTHERN NECK REGIONAL JAIL; NORTHERN NECK REGIONAL JAIL BOARD,

Defendants.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, Senior District Judge. (1:18-cv-01525-TSE-JFA)

———————————

Submitted: June 24, 2021                    Decided: June 28, 2021

———————————

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Ricky Butler, Appellant Pro Se. Jeff W. Rosen, PENDER & COWARD, PC, Virginia Beach, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricky Butler seeks to appeal the district court's orders granting in part and denying in part Defendants' motions for summary judgment, denying Butler's motions for reconsideration, and granting in part and denying in part several pretrial motions in Butler's 42 U.S.C. § 1983 action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). "Ordinarily, a district court order is not final until it has resolved *all* claims as to all parties." *Porter v. Zook*, 803 F.3d 694, 696 (4th Cir. 2015) (internal quotation marks omitted).

Our review of the record reveals that the district court did not adjudicate all of the claims raised in Butler's complaint. *Id.* at 696-97. Because Butler's claims against one Defendant are still proceeding before the district court, and the court did not certify its orders for immediate appeal, we conclude that the orders Butler seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we deny Butler's motion to voluntarily withdraw certain claims as moot and dismiss the appeal for lack of jurisdiction. *Id.* at 699.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*